UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CV-413-HAB |
| | ) | |
| AUTOVEST L.L.C. OF INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, by counsel, filed a notice of settlement in March. (ECF No. 5). Since then, Magistrate Judge Collins has issued *four* orders directing Plaintiff to file dismissal papers. (ECF Nos. 6–9). The last two told Plaintiff that, if he failed to file the dismissal papers, this case would be dismissed under Fed. R. Civ. P. 4(m) for failure to complete service of process. (ECF Nos. 8, 9). Plaintiff has ignored each order.

Finally fed up, Magistrate Judge Collins issued a Report and Recommendation in late July recommending that the case be dismissed under Rule 4(m). (ECF No. 10). The time for objections to the Report and Recommendation has passed. Fed. R. Civ. P. 72(b).

The Court ADOPTS Magistrate Judge Collins Report and Recommendation and DISMISSES this case under Fed. R. Civ. P. 4(m). Attorney Thomas G. Bradburn is ORDERED to show cause on or before September 15, 2023, why he should not be sanctioned for his repeated failure to follow this Court's orders.

SO ORDERED on September 5, 2023.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT